UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D-2 Richard Dorenkamp
D-3 Heinz-Jakob Neusser
D-4 Jens Hadler
D-5 Bernd Gottweis
D-7 Jürgen Peter, and
D-9 Martin Winterkorn,

    Defendants.

Criminal No. 16-cr-20394

Honorable Sean F. Cox

### GOVERNMENT'S MOTION, SUPPORTING BRIEF AND ORDER TO UNSEAL FIFTH SUPERSEDING INDICTMENT AND ARREST WARRANT

The United States of America hereby moves for an order unsealing the Fifth Superseding Indictment and the Arrest Warrant for defendant Martin Winterkorn in this case, and states:

1. The Indictment in this case charges the defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Fifth Superseding Indictment and Arrest Warrant be unsealed because there is no longer a belief that unsealing these documents will compromise an ongoing investigation.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment and Arrest Warrant.

        Respectfully submitted,

        Matthew Schneider
        United States Attorney

        */s/ John K. Neal*
        John K. Neal
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI  48226
        John.Neal@usdoj.gov
        (313) 226-9644

Dated: May 3, 2018

**IT IS SO ORDERED.**

        s/Elizabeth A. Stafford
        Elizabeth A. Stafford
        United States Magistrate Judge

Entered: 5/3/2018